IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAY HASHEMPOUR,<br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE<br>COMPANY, GALLAGHER BASSETT<br>SERVICES, INC., & DIVERSIMED,<br>INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:11-cv-00129 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R.Civ.P. 41, Plaintiff, Ray Hashempour ("Hashempour"), and Defendant, Diversimed Inc. ("Diversimed"), announce to the Court that Hashempour no longer seeks to pursue his claims against this Defendant. Accordingly, Hashempour seeks to dismiss and non-suit such claims asserted against Defendant Diversimed, Inc. without prejudice. Hashempour and Diversimed hereby stipulate that:

1.    All claims, demands, debts, and causes of action which Hashempour asserted or could have been asserted in this action against Diversified be DISMISSED WITHOUT PREJUDICE;

2.    All claims, demands, debts and causes of action which Diversimed asserted or could have asserted against Hashempour be DISMISSED WITHOUT PREJUDICE; and

3.    All costs be taxed against the party incurring them.

STIPULATED TO:

By: _____
   James C. Plummer, TBA #16075700
   William H. Kuykendall TBA #11774500
  **PLUMMER & KUYKENDALL**
   4203 Montrose Boulevard, Suite 270
   Houston, Texas 77006
   (713) 522-2887
   (713) 522-3605 (Fax)

   ATTORNEYS FOR PLAINTIFF
   RAY HASHEMPOUR


By:   /s/ Phil Griffis*_____
   Phil Griffis
   State Bar No. 08476400
   Fed. Bar No. 10528
   2525 Bay Area Blvd., Suite 195
   Houston, Texas 77058
   Telephone: (832) 284-4013
   Facsimile: (713) 493-7253
   Pgriffis@griffislawfirm.com

   ATTORNEY-IN-CHARGE FOR
   DEFENDANT DIVERSIMED,INC.

   * signed with permission

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was served by hand delivery, certified mail, return receipt requested, or by fax or email transmission on November 9, 2011, to:

Phil Griffis, Esq.
2525 Bay Area Blvd., Suite 195
Houston, Texas 77058

Alicia Curran, Esq.
Cozen O'Connor
1717 Main Street, Suite 2400
Dallas, TX 75201

David Garcia, Esq.
David Garcia Law Office, P.C.
719 Chihuahua Street, Suite 105
Laredo, TX 78040

                                                                    _____
                                                                               James C. Plummer