IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RAY HASHEMPOUR, § | |
|     Plaintiff, § | |
| § | |
| v. § | |
| § | CASE NO. 5:11-cv-00129 |
| ACE AMERICAN INSURANCE § | |
| COMPANY, GALLAGHER BASSETT § | |
| SERVICES, INC., & DIVERSIMED, § | |
| INC., § | |
|     Defendants. § | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R.Civ.P. 41, Plaintiff Ray Hashempour ("Hashempour") announces to the Court that Hashempour no longer seeks to pursue his claims against Defendant, Ruben D. Pechero. This stipulation is being made before any appearance has been made by said Defendant. Accordingly, Hashempour seeks to dismiss and non-suit such claims asserted against Defendant Ruben D. Pechero without prejudice. Hashempour hereby stipulates that:

1.    All claims, demands, debts, and causes of action which Hashempour asserted or could have been asserted in this action against Ruben D. Pechero be DISMISSED WITHOUT PREJUDICE; and

2.    All costs be taxed against the party incurring them.

                          Respectfully submitted,

                          By: _____
                             James C. Plummer, TBA #16075700

        William H. Kuykendall TBA #11774500
**PLUMMER & KUYKENDALL**
4203 Montrose Boulevard, Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 (Fax)

ATTORNEYS FOR PLAINTIFF
RAY HASHEMPOUR

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was served by hand delivery, certified mail, return receipt requested, or by fax or email transmission on November 9, 2011, to:

Phil Griffis, Esq.
2525 Bay Area Blvd., Suite 195
Houston, Texas 77058

Alicia Curran, Esq.
Cozen O'Connor
1717 Main Street, Suite 2400
Dallas, TX 75201

David Garcia, Esq.
David Garcia Law Office, P.C.
719 Chihuahua Street, Suite 105
Laredo, TX 78040

                                      _____
                                          James C. Plummer